UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

United States of America,

        Petitioner,

vs.

Michael Digiulio,

        Respondent.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civ. No. 07-4770 (PJS/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1.    That the Petition to Determine Present Medical Condition of an Imprisoned Person under Title 18 U.S.C. §4246 [Docket No. 1] is granted.

2.    That the Respondent is committed to the custody of the United States Attorney General, who shall hospitalize him for treatment and care at FMC-Rochester until a suitable State placement can be found, or until the Respondent's release no longer constitutes a substantial risk of bodily injury to another.

DATED: 06/23/08

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge