UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. 07-4770 (PJS/JSM) |
| Petitioner, | |
| v. | ORDER |
| MICHAEL DIGIULIO, | |
| Respondent. | |

The above matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated January 4, 2017. No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order:

IT IS HEREBY ORDERED that

1. The Government's Motion for Revocation of Conditional Release for Failure to Comply With Regiment of Care and Treatment [Docket No. 19] is **GRANTED**.

2. Respondent is committed to the care and custody of the Attorney General for the purpose of being remanded to a suitable treatment facility.

Dated: 1/24, 2017

s/Patrick J. Schiltz
PATRICK J. SCHILTZ
United States District Judge